No. 476. AMERICAN INSURANCE Co. ET AL. *v.* SCHEUFLER, SUPERINTENDENT, ET AL. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE ROBERTS and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. Wm. Marshall Bullitt, E. R. Morrison,* and *David A. Murphy* for petitioners.

688

*Messrs. Charles L. Hensen* and *Lawrence Presley* for respondents.